[No. 10031–2–II.  Division Three.  July 8, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v.
MELVIN DAVID KNAPP, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86–1–00035–3, Don L. McCulloch, J., entered March 19, 1986. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 9192–5–II.  Division Three.  July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
ERNIE DUANE HERN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–1–00250–1, Milton R. Cox, J., entered August 21, 1985. *Reversed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[Nos. 8927–1–II; 9014–7–II.  Division Three.  July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
ARDITH LYNN HICKS, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v.
DENNIS CARON, *Appellant.*

Appeals from a judgment of the Superior Court for Kitsap County, No. 85–1–00148–4, Terence Hanley, J., entered June 27, 1985. Cause No. 8927–1–II *dismissed* and cause No. 9014–7–II *affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Thompson, J.